James F. Pokorny, Esq.
POKORNY & ASSOCIATES
110 West "C" Street, Suite 1504
San Diego, CA 92101
California State Bar No.: 75407
619- 239-8142

Defendant **EDON MOYAL**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 09 CR 1336-JAH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| **EDON MOYAL**, | |
| Defendant. | |

### STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Order and Conditions of Pretrial Release previously set in the within matter be modified to allow Defendant **EDON MOYAL** to travel within the United States of America during the pendency of the within proceedings.

**IT IS FURTHER STIPULATED** that Defendant is to provide a full itinerary to Pretrial Services prior to departure. Defendant is to call Pretrial Services prior to departure and upon his return from a land line telephone.

///
///
//

STIPULATION MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

1

1  DATED July 30, 2009                s/James F. Pokorny
                                      James F. Pokorny
2                                     Attorney for Defendant
                                      **EDON MOYAL**
3

4

5  DATED July 30, 2009                s/John R. Kraemer
                                      John R. Kraemer
6                                     Assistant United States Attorney

7

8      I, Michelle Marie Moyal, co-surety in the within matter, do hereby acknowledge

9  and agree to the modification allowing EDON MOYAL to travel within the United States

10 of America during the pendency of the within proceedings

11

12 DATED 8/5 , 2009                    _____
                                      Michelle Marie Moyal
13

14     I, Lerut Moyal, co-surety in the within matter, do hereby acknowledge and agree

15 to the modification allowing EDON MOYAL to travel within the United States

16 of America during the pendency of the within proceedings

17

18 DATED 8/5 , 2009                    _____
                                      Lerut Moyal
19

20     I, Yehuda Moyal, co-surety in the within matter, do hereby acknowledge and

21 agree to the modification allowing EDON MOYAL to travel within the United States

22 of America during the pendency of the within proceedings

23

24 DATED 8-5- , 2009                   _____
                                      Yehuda Moyal
25 ///

26 ///

27

28